UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WINSTON G. BONTRAGER,

                        Petitioner,

v.

UNITED STATES OF AMERICA,

                        Respondent.

CASE NO. C16-0086-RAJ

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Petitioner submitted a motion to proceed *in forma pauperis* (IFP) on appeal (Dkt. 15), but did not utilize the proper form. Because petitioner seeks to vacate his conviction, he should complete a Declaration and Application to Proceed IFP in a Federal Habeas Action. Petitioner is directed to complete and return the proper application within **thirty (30) days** of the date of this Minute Order. Failure to comply may result in denial of the IFP motion. The Clerk is directed to send copies of this Minute Order and the habeas IFP form to petitioner.

DATED this 27th day of April, 2017.

                        WILLIAM M. MCCOOL, Clerk

                        By:    s/ Rhonda Stiles
                                Deputy Clerk

MINUTE ORDER
PAGE - 1